Joseph Milleisen *v.* John J. Senseman, Appellant.

Argued March 11, 1897.   Appeal, No. 31, March T., 1897, by defendant, from judgment of C. P. Cumberland Co., on verdict for plaintiff.   Before RICE, P. J., WILLARD, WICKHAM, BEAVER, REEDER, ORLADY and SMITH, JJ.   Affirmed.

OPINION BY WILLARD, J., April 12, 1897 :
For the reasons given in our opinion this day filed in Joseph Milleisen v. Michael Senseman, ante, p. 455, the judgment of the court below is affirmed.

---

Joseph Milleisen *v.* Harry Senseman, Appellant.

Argued March 11, 1897.   Appeal, No. 32, March T., 1897, by defendant, from judgment of C. P. Cumberland Co., on verdict for plaintiff.   Before RICE, P. J., WILLARD, WICKHAM, BEAVER, REEDER, ORLADY and SMITH, JJ.

OPINION BY WILLARD, J, April 12, 1897 :
For the reasons given in our opinion this day filed in Joseph Milleisen v. Michael Senseman, ante, p. 455, the judgment of the court below is affirmed.